IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00133-MEH-MJW

WEI TAN, and
WEIGO WANG,

      Plaintiffs,

v.

ALBERTO R. GONZALES, Attorney General of the United States of America,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
ROBERT DIVINE, Acting Director, United States Citizenship and Immigration Services, and
F. GERARD HEINAUER, Director, Nebraska Service Center, USCIS,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 6, 2007.**

Defendants' Motion to Dismiss [Filed March 22, 2007; Docket #7] is **denied as moot**, due to the filing of Plaintiffs' Amended Complaint (#16) and Defendants' second Motion to Dismiss (#20).